IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Alison White Doctor and Alfred Doctor, Plaintiffs, | ) C/A No.: 3:11-600-JFA-PJG |
| vs. | ) **ORDER** |
| S.C. Department of Probation and Parole, City of Columbia Police Dept. Alvin S. Glen Detention Center, Defendants. | ) |

This is a civil action filed by *pro se* litigants. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By orders dated April 19, 2011and May 3, 2011, Plaintiffs were given a specific time frame in which to bring this case into proper form. Plaintiffs have complied with the Court's orders, and this case is now in proper form.

**PAYMENT OF THE FILING FEE:**

Each Plaintiff submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) (ECF Nos. 13 & 15). These Applications have been construed as Motions for Leave to Proceed *in forma pauperis*. See 28 U.S.C. § 1915. A review of the Motions reveal that the Plaintiffs should be relieved of the obligation to prepay the full filing fee. Plaintiff's Motions for Leave to Proceed *in forma pauperis* are **granted**, subject to the Court's right to require a payment if Plaintiffs' financial condition changes, and to tax fees and costs against Plaintiffs at the conclusion of this case if the Court finds the case to be without merit. See Flint v. Haynes, 651 F.2d 970, 972-74 (4th Cir. 1981). Plaintiff's joint Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 2) shall be **terminated** by the Clerk of Court as **moot**.

**TO THE CLERK OF COURT:**

The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

The Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an



PJG

attorney admitted to practice before this court, and the attorney has entered an appearance.

**IT IS SO ORDERED**.

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 10, 2011
Columbia, South Carolina